UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHEL R. R.,<br><br>              Plaintiff,<br><br>     v.<br><br>CURRENT OR ACTING DIRECTOR,<br>SAN FRANCISCO FIELD OFFICE,<br>UNITED STATES IMMIGRATION<br>ENFORCEMENT, et al.,<br><br>              Defendants. | No. 1:26-cv-02758-RLP<br><br>ORDER GRANTING MOTION TO<br>PROCEED IFP, APPOINTING<br>COUNSEL, AND SETTING<br>BRIEFING SCHEDULE |

Before the Court is Petitioner Richel R. R.'s *pro se* Petition for a Writ of

Habeas Corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1), Motion to Proceed in

Forma Pauperis (ECF No. 2), and Motion to Appoint Counsel (ECF No. 3).

Richel R. R. [1] ("Petitioner") is an immigration detainee who requests the

_____

[1] As recommended by the Committee on Court Administration and Case

Management of the Judicial Conference of the United States, the Court omits

ORDER GRANTING MOTION TO PROCEED IFP,
APPOINTING COUNSEL, AND SETTING BRIEFING SCHEDULE ~ 1

Court issue a writ of habeas corpus, determine that Petitioner's detention is not justified, and issue an order of release. Pending the Court's ruling on the Petition, Respondents shall not take any action to transfer Petitioner out of this District. *See F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 608 (1966) (acknowledging the Court's "express authority under the All Writs Act to issue such temporary injunctions as may be necessary to protect its own jurisdiction").

Petitioner's Motion to Proceed in Forma Pauperis is granted.  *See* 28 U.S.C. § 1914.

Additionally, due to the complexity of the legal issues involved, the Court has determined that the interests of justice require the appointment of counsel for Petitioner.  *See* 18 U.S.C. § 3006A(a)(2)(B); *see also Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).  **Within seven (7) court days from the date of this Order**, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to the Courtroom Deputy via email

---

Petitioner's full name, using only the first name and last initial, to protect sensitive personal information.  *See* Memorandum re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

ORDER GRANTING MOTION TO PROCEED IFP,
APPOINTING COUNSEL, AND SETTING BRIEFING SCHEDULE ~ 2

at Linda_Hansen@waed.uscourts.gov, who shall update the docket to reflect counsel's appointment.  If counsel is not a member of the Eastern District of California Criminal Justice Act ("CJA") Panel, the Court hereby authorizes them to serve as CJA counsel for petitioner for the duration of the proceedings in this Court pursuant to Local Rule 180(b)(1).

As to the Petition, Respondents shall file a response to the Petition **within three (3) court days from the date of this Order**.  Any response must include Petitioner's full Form I-213, any orders of release or detention, any custody warrants or notices, and any other portions of Petitioner's A-File relevant to the determination of the issues presented in the Petition.  Failure to timely respond shall be construed as a non-opposition.  *See* L.R. 230(c).  Petitioner may file a reply **within ten (10) court days from the date of this Order**.

In accordance with the above, IT IS HEREBY ORDERED:

1. Respondents shall not transfer Petitioner outside of this judicial district, pending a ruling on the Petition.

2. Petitioner's Motion to Proceed in Forma Pauperis (ECF No. 2) is GRANTED.

3. Petitioner's Motion to Appoint Counsel (ECF No. 3) is GRANTED. Within seven (7) court days from the date of this Order, the appointing authority for the Eastern District of California shall identify counsel and

ORDER GRANTING MOTION TO PROCEED IFP,
APPOINTING COUNSEL, AND SETTING BRIEFING SCHEDULE ~ 3

notify the Court.

4.  Respondents shall file a response to the Petition within three (3) court days from the date of this Order.  Petitioner may file a reply within ten (10) court days from the date of this Order.

5.  The Clerk of the Court shall serve a copy of this Order on the Federal Defender, Attention: Habeas Appointment, along with a copy of the § 2241 petition.

6.  The Clerk of the Court shall serve a copy of this Order together with a copy of the Petition on the U.S. Attorney's Office.

**IT IS SO ORDERED.**

DATED April 14, 2026.

_____
REBECCA L. PENNELL
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO PROCEED IFP,
APPOINTING COUNSEL, AND SETTING BRIEFING SCHEDULE ~ 4